| 272A14 | State v. Jonathan Douglas Richardson | 1. Def's Motion for Stay of Appellate Proceedings in Light of Pending Racial Justice Act Motion | 1. Allowed |
| | | 2. Def's Motion for Appropriate Relief Pursuant to the Racial Justice Act | 2. |
| 274P14 | State v. Jerrod Stephon Hill | 1. State's Motion for Temporary Stay (COA13-1188) | 1. Allowed **08/04/2014** Dissolved **12/18/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Denied |
| 275P14 | Clifford Roberts Wheeless, III, MD v. Maria Parham Medical Center, Inc. | 1. Plt's Motion to Stay (COA13-1475) | 1. Allowed **08/05/2014** Dissolved **12/18/2014** |
| | | 2. Plt's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Plt's NOA Based Upon a Constitutional Question | 3. Dismissed *ex mero motu* |
| | | 4. Plt's PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. Plt's Motion to Consolidate Appeals | 5. Dismissed as Moot |
| 276P14 | State v. Jerry William McNeill | 1. Def's PDR Under N.C.G.S. § 7A-31 (COA14-64) | 1. Dismissed |
| | | 2. Def's Petition for *Writ of Certiorari* to Review Order of Superior Court of Cumberland County | 2. Dismissed |
| 279P14 | Karlette D. Brewster v. Claude A. Verbal, II, Margie H. Verbal | Def's (Margie H. Verbal) PDR Under N.C.G.S. § 7A-31 (COA13-1344) | Denied |
| 281P14 | Lakisha Wiggins and G. Elvin Small, as *Guardian ad Litem* for Roy Lee Brothers, a Minor v. East Carolina Health-Chowan, Inc. d/b/a Chowan Hospital and Michael David Gavigan, M.D. | Def's (East Carolina Health-Chowan, Inc. d/b/a Chowan Hospital) PDR Under N.C.G.S. § 7A-31 (COA13-1428) | Denied |